**Motion Granted; Continuing Abatement Order filed November 16, 2017.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-17-00549-CV

———————————

### RONETTA PRICE, Appellant

### V.

### EDGAR GARCIA, Appellee

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-CV-0067**

---

## CONTINUING ABATEMENT ORDER

The court abated this appeal on September 7, 2017 to allow the parties to mediate this case. On November 13, 2017, appellant filed an unopposed motion to extend the abatement period to allow the parties to finalize a settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until December 13, 2017. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the

appeal or other dispositive motion.  The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM